UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEROY CROWLEY,<br><br>Plaintiff,<br><br>v.<br><br>R.C. JOHNSON,<br><br>Defendant. | NO. CV 18-5858-R (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion to dismiss is granted and the entire action is dismissed without prejudice.

DATED: March 21, 2019

_____
MANUEL L. REAL
United States District Judge