UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAYMOND LEROY CROWLEY, | NO. CV18-5858-R (AGR) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| R.C. JOHNSON, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants motion to dismiss is granted and the entire action is dismissed without prejudice.

DATED: March 21, 2019

MANUEL L. REAL
United States District Judge